# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO RIOS,<br><br>          Plaintiff,<br><br>    v.<br><br>C. GIPSON,  et al.,<br><br>          Defendants. | Case No.  1:14-cv-00520-BAM-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SCREEN THE COMPLAINT<br><br>(ECF NO.  8) |

Plaintiff Reno Rios is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for screening filed on February 10, 2016 (ECF No. 8).

On February 16, 2016, an order was entered, directing Plaintiff to either file a first amended complaint, or proceed on the claims found to be cognizable in the original complaint. Plaintiff's motion for screening is therefore moot.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to screen the complaint filed on February 10, 2016, is DENIED as moot.

IT IS SO ORDERED.

Dated:   **September 30, 2016**          ___/s/ *Barbara A. McAuliffe*___
                                       UNITED STATES MAGISTRATE JUDGE