1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    RENO FUENTES RIOS,                        Case No. 1:14-cv-00520-BAM (PC)

10                  Plaintiff,                  ORDER TO SHOW CAUSE FOR FAILURE TO
                                                SUBMIT COMPLETED COPIES OF SERVICE
11          v.                                  DOCUMENTS

12   CONNIE GIPSON, et al.,                     **THIRTY-DAY DEADLINE**

13                  Defendants.

14

15

16          Plaintiff Rene Fuentes Rios is a state prisoner proceeding *pro se* and *in forma pauperis*

17   pursuant to 42 U.S.C. § 1983.

18          On May 9, 2018, the Court issued an order requiring Plaintiff to submit documents for

19   service of process of the second amended complaint on Defendants Gipson, Mayo, Pina, Ortega,

20   Garcia, Johnson, Cuevas, and Hiracheta.  (Doc. 30.)  On June 6, 2018, the Court granted

21   Plaintiff's request for an extension of time to submit those documents.  (Doc. 32.)

22          On June 11, 2018, the Clerk of the Court received a submission of documents from

23   Plaintiff.  (Doc. 33.)  However, Plaintiff only submitted copies of the first 24 pages of the second

24   amended complaint, and did not include copies of the attachments and exhibits.

25          Based on the foregoing, Plaintiff has not fully complied with the Court's May 9, 2018

26   order and service cannot yet be initiated.  Plaintiff must submit nine (9) copies of the attachments

27   and exhibits to the second amended complaint.  The Court will retain the partial copies that

28   Plaintiff has submitted, and he is **not** required to re-submit those papers.

Accordingly, IT IS HEREBY ORDERED that:

1.      Within **thirty (30) days** from the date of this Order, Plaintiff SHALL show cause in writing for his failure to comply with the Court's May 9, 2017 order.  Plaintiff may fully comply with this order to show cause by submitting nine (9) copies of the attachments and exhibits to the second amended complaint for service of process within the deadline;

2.      Upon receipt of the copies, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

3.      Plaintiff's failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   __**June 12, 2018**__                        ___/s/ _Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE

2