# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00520-BAM (PC)<br><br>ORDER CLARIFYING MAY 9, 2018 ORDER, AND FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE FOR CERTAIN CLAIMS AND DEFENDANTS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO AMEND SERVICE DOCUMENTS |

Plaintiff Rene Fuentes Rios is a state prisoner proceeding *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.

On May 4, 2018, the District Judge ruled that this action shall proceed on Plaintiff's second amended complaint against Defendants Gipson, Mayo, Pina, Ortega, and Garcia for improper gang validation in violation of the Due Process Clause and retaliation in violation of the First Amendment, and against Defendants Johnson, Cuevas, and Hiracheta for retaliating against Plaintiff for participation in a hunger strike in violation of the First Amendment. (Doc. 29.) On May 9, 2018, the Court issued an order finding service of the second amended complaint appropriate for those claims and defendants. (Doc. 30.)

On June 25, 2018, Plaintiff submitted the necessary documents for service of process. (Doc. 35.)

Upon review of the service documents, the Court noted a typographical error. The May 9, 2018 order referred to Defendant "A.V. Johnson" as "J.V. Johnson." Review of the docket shows that although Plaintiff listed Defendant Johnson as "J.V." in the list of defendants of the second

amended complaint, the caption and body of allegations of the second amended complaint, the exhibits, and other documents on the docket reflects the proper spelling as "A.V. Johnson." Therefore, the Court issues this order clarifying the typographical error, and directing the Clerk of the Court to amend the service documents to reflect that clarification.

Accordingly, IT IS HEREBY ORDERED that:

1. Service shall be initiated against the following defendants:
   a. **Connie Gipson, Warden of CSP-Corcoran, on May 17, 2012**
   b. **A. Mayo, Correctional Officer at CSP-Corcoran, on August 23, 2010**
   c. **S. Piña, Lieutenant Institutional Gang Investigator at CSP-Corcoran, on October 2, 2012**
   d. **J. Ortega, Correctional Officer at CSP-Corcoran, on October 2, 2012**
   e. **J. C. Garcia, Sergeant at CSP-Corcoran, on November 15, 2012**
   f. **A. V. Johnson, Lieutenant assigned to 4B4L at CSP-Corcoran, on July 10, 2013**
   g. **M. Cuevas, Sergeant assigned to 4B4L at CSP-Corcoran, on July 10, 2013**
   h. **J. Hiracheta, Correctional Officer assigned to 4B4L at CSP-Corcoran, on July 10, 2013**

2. The Clerk of the Court is respectfully directed to amend the USM-285 form for Defendant Johnson to correct the typographical errors noted above; and

3. A separate order will issue directing the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4, without payment of costs.

IT IS SO ORDERED.

Dated: **June 27, 2018**                 /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE