# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>        Plaintiff,<br><br>   v.<br><br>GIPSON, et al.,<br><br>        Defendants. | Case No. 1:14-cv-00520-LJO-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS GIPSON, MAYO, PINA, ORTEGA, AND GARCIA TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Reno Fuentes Rios is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's second amended complaint against Defendants Gipson, Mayo, Pina, Ortega, and Garcia for improper gang validation in retaliation for filing grievances in violation of the First Amendment.

On March 30, 2019, the Court granted Defendants' partial motion to dismiss. (ECF No. 47.) Accordingly, Defendants shall file an answer or other responsive pleading to Plaintiff's second amended complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

   Dated:   **April 2, 2019**                      /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE