# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00520-LJO-BAM (PC)<br><br>ORDER APPROVING STIPULATION, AND GRANTING MODIFICATION OF DISCOVERY AND SCHEDULING ORDER, AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br><br>(ECF No. 56) |

    Plaintiff Reno Fuentes Rios is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's First Amendment claim for improper gang validation in retaliation for filing grievances against Defendants Gipson, Mayo, Pina, Ortega, and Garcia. (ECF No. 47.) Pursuant to the Court's May 13, 2019 Discovery and Scheduling Order, the deadline for the completion for all discovery is January 13, 2020 and the deadline for filing all dispositive motions is March 23, 2020. (ECF No. 53.)

    Currently before the Court is Plaintiff's and Defendants' joint stipulation to modify the discovery and scheduling order, filed on December 19, 2019. (ECF Np. 56.) In their stipulation, the parties agree that there is good cause to modify the discovery and scheduling order, request a

1

60-day extension of both the discovery deadline and the dispositive motion deadline, and an extension of Defendants' time to respond to Plaintiff's two sets of propounded discovery requests.

Having considered the stipulation, the Court finds good cause to amend the discovery and scheduling order and extend the deadlines for the completion of all discovery and the filing of all dispositive motions. Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). Additionally, the Court finds good cause to extend the deadline for Defendants to respond to Plaintiff's two sets of propounded discovery requests.

Accordingly, it is HEREBY ORDERED that:

1. The parties' stipulated request to modify the discovery and scheduling order and request for an extension of time for Defendants to respond to Plaintiff's discovery requests, (ECF No. 56), is GRANTED;
2. Defendants shall serve responses to Plaintiff's two sets of propounded discovery requests on or before January 10, 2020;
3. The deadline for the completion of all discovery is extended to **March 13, 2020**;
4. The deadline for filing all dispositive motions is extended to **May 21, 2020**;
5. All other provisions set forth in the May 13, 2019 discovery and scheduling order, (ECF No. 53), remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 20, 2019**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE